UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALANJE PHEA,<br><br>    Petitioner,<br><br>v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | Case No.: 1:20-cv-00175-JLT (HC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

    Petitioner has filed a habeas corpus action pursuant to 28 U.S.C. § 2254 challenging a conviction from Sacramento County. Sacramento is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the petition should have been filed in the Sacramento Division.

    Local Rule 120(f) allows that a civil action, which has not been commenced in the proper division, may be transferred. Therefore, the Court ORDERS that:

    1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento;

///

///

///

///

1

2. All future filings shall reference the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

   Dated:   **February 6, 2020**                        **/s/ Jennifer L. Thurston**
                                                                             UNITED STATES MAGISTRATE JUDGE